# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132607

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RACHEL GUTLERREZ,
      Defendant-Appellant.

SC: 132607
COA: 272497
Wayne CC: 05-007120-01

_____/

On order of the Court, the application for leave to appeal the October 10, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Quentin Johnston* (Docket No. 130526) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

p0319